FILED - KZ
December 9, 2019 11:30 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
jlb  Scanned by OB 12/9/19

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

YUSEF LATEEF PHILLIPS,
    Plaintiff,

v.

Case No. 1:19-cv-331-JTN-ESC

Honorable Janet T. Neff

COUNTY OF KENT; SHERIFF STELMA; and DEPUTY ANDREW HINDS,
    Defendants.

## AFFIDAVIT OF YUSEF LATEEF PHILLIPS

I, Yusef Lateef Phillips, being first duly sworn upon oath, state and depose as follows:

1. I am the plaintiff in the above-entitled action and have personal knowledge of the facts set forth herein.

2. On September 3, 2017 at approximately 4 a.m., I was shot in the chest with a tactical rifle by Kent County Deputy Sheriff Andrew Hinds.

3. I was simply walking on the sidewalk at the Burton's Landing apartment complex when I was suddenly shot with no warning whatsoever.

4. Nobody said anything and I was unaware of a police presence until after I was already shot in the chest.

5. I was unarmed and only wearing a pair of sweat pants and a sleeveless t-shirt and shoes.

6. I had nothing in my hands, I made no furtive movements.

7. I was not crouching or trying to hide from police because I didn't even know that police were there.

8. I was not trying to run from police.

9. I was not threatening anybody, and police had no reason to think that I was an immediate danger to anyone.

10. I was bleeding profusely from the gunshot wound, which entered my chest and exited my back near my spine. My lung was punctured. I believed that I was going to die.

11. To this day, I still suffer all of the pain and injuries which were detailed in my initial Complaint.

12. If police had announced their presence and given me verbal commands, I would have fully complied with their directions.

13. Deputy Hinds lacked probable cause to believe that I was a threat to the safety of anyone, and he violated my clearly established right to be free from excessive force by shooting me in the chest with an assault rifle when such action was not justified given the facts of the situation.

FURTHER AFFIANT SAYETH NOT.

_____
Yusef Lateef Phillips

STATE OF NEW YORK )
                  ) ss: OTISVILLE
COUNTY OF ORANGE  )

On this __3__ day of __December__, 2019 Yusef Lateef Phillips personally appeared before me, a Notary Public, and provided to me to my satisfaction that he is the person whose name is subscribed to this document and acknowledged execution of same.

_____
Notary Public

Certificate of Service

I certify that I have delivered a copy of the foregoing to the defendant by mailing to his attorney of record, Mr. Eagle. Done this __4th__ day of __December__, 2019.

_____
Yusef Lateef Phillips

Yusef Lateef Phillips
Reg#09438-040
Federal Correctional Instituti[on]
P.O. Box 1000
Otisville, NY 10963

**CERTIFIED MAIL**

7018 1830 0000 9638 8134

Clerk of the Court
107 Federal Building
410 W. Michigan Ave
Kalamazoo, MI 49007

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT.

U.S. POSTAGE PAID
FCM LETTER
OTISVILLE, NY
10963
DEC 04, 19
AMOUNT
$0.00
R2305K138471-20



49007





1000

**FEDERAL CORRECTIONAL INSTITUTION**
**OTISVILLE, NY 10963**
**DATE:** 12-04-19

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question of problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the address above.