UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YUSEF LATEEF PHILLIPS,

        Plaintiff,

v.

ANDREW HINDS,

        Defendant.
_____/

Case No. 1:19-cv-00331

HON. JANET T. NEFF

**AMENDED
CASE MANAGEMENT ORDER**

**This case has been referred to Magistrate Judge Sally J. Berens for full pretrial case management including dispositive motions.  As such, IT IS HEREBY ORDERED:**

| | | |
|---|---|---|
| Disclose Name, Address, Area of Expertise and provide a short summary of expected testimony of all testifying experts (Rule 26(a)(2)(A)) | Plaintiff:<br>Defendant: | MAY 1, 2020<br>JUNE 15, 2020 |
| Disclosure of Expert Witness Reports (Rule 26(a)(2)(B)) | Plaintiff:<br>Defendant: | JUNE 5, 2020<br>JULY 31, 2020 |
| Completion of Discovery | | SEPTEMBER 4, 2020 |
| Dispositive Motion | | OCTOBER 16, 2020 |
| Interrogatories will be limited to: | | 25 single part questions |
| Depositions will be limited to:<br>(Fact Witnesses Per Party) | | 10 per party |
| Requests for Admission will be limited to: | | 10 per side |
| Settlement Conference | | None at this time |
| ADR To Take Place On Or Before: | | None at this time |

1.     DISCOVERY: All discovery proceedings shall be completed no later than the date set forth in the table above, and shall not continue beyond this date.  Discovery shall proceed regardless of the motions pending before this court.  All interrogatories, requests for admissions, and other written discovery requests must be served no later than thirty days

before the close of discovery. All depositions must be completed before the close of discovery. Interrogatories will be limited as set forth in the table above. Depositions will be limited as set forth in the table above. There shall be no deviations from this order without prior approval of the court upon good cause shown. Time limitations for depositions set forth in Rule 30(d)(1) apply to this case. Defendants are hereby authorized take plaintiff's deposition pursuant to Fed. R. Civ. P. 30(a)(2)(B).

2. MOTIONS:

   a. Non-dispositive

Non-dispositive motions shall be filed in accordance with W.D. Mich. LCivR. 7.3. They will be referred to a magistrate judge in Grand Rapids, Michigan, pursuant to 28 U.S.C. § 636(b)(1)(A). In accordance with 28 U.S.C. § 471 *et seq.*, it is the policy of this Court to prohibit the consideration of discovery motions unless accompanied by a certification that the moving party has made a reasonable and good faith effort to reach agreement with opposing counsel on the matters set forth in the motion. *See* W.D. Mich. LCivR 7.1(d).

   b. Dispositive

      i. Dispositive motions must adhere to W.D. Mich. LCivR 7.2. If dispositive motions are based on supporting documents such as depositions or answers to interrogatories, then only those excerpts that are relevant to the motion shall be filed.

      ii. Oral argument may be requested pursuant to W.D. Mich LCivR 7.2(d). The Court may schedule oral argument or may, in its discretion, dispose of the motion without argument at the end of the briefing schedule. To request oral argument on a motion, state "ORAL ARGUMENT REQUESTED" in the caption and the heading of the brief.

      iii. In cases where oral argument is heard and counsel wishes to project evidence on the monitors in the courtroom, projection of exhibits is accomplished by using the electronic evidence presentation equipment in the courtroom. The evidence presentation allows for the projection of evidence on various monitors located at the bench, the witness stand, the lectern, the jury box, and the counsel tables. This technology eliminates the cumbersome process of handling paper evidence. Counsel planning to use the equipment are encouraged to contact the Court's IT department well in advance of their court proceeding to inquire about training and practice sessions. Practice sessions and testing of the equipment must occur prior to the day of a scheduled court appearance. You may contact the Court's IT department by sending an e-mail to courttech@miwd.uscourts.gov or by calling (616) 456-

        2523.  Information concerning the features of the system are available at the court's website: www.miwd.uscourts.gov (click on *Courtroom Technology* link).  *Counsel is also advised to notify chambers - in advance of the motion hearing - of its intentions to use technology resources in the courtroom.*

3.    ALTERNATIVE DISPUTE RESOLUTION: No form of ADR will be ordered at this time.

4.    SETTLEMENT CONFERENCE: The parties are under an ongoing obligation to engage in good faith settlement negotiations.  No settlement conference has been scheduled at this time.

Date:  March 20, 2020                                                     /s/ Sally J. Berens
                                                                                        SALLY J. BERENS
                                                                                        United States Magistrate Judge