UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

_____

YUSEF LATEEF PHILLIPS,

Plaintiff,

v.

ANDREW HINDS,

Defendant.

CASE NO.  1:19-cv-331-JTN-SJB

HON. JANET T. NEFF
MAGISTRATE: HON. SALLY J. BERENS

| KENNETH N. FLAXMAN, P.C. | VARNUM LLP |
|---|---|
| Kenneth N. Flaxman | Timothy E. Eagle (P38183) |
| Attorneys for Plaintiff | Kyle P. Konwinski (P76257) |
| 200 S. Michigan Ave., Suite 201 | Attorneys for Defendant Andrew Hinds |
| Chicago, IL 60604-2430 | P.O. Box 352 |
| (312) 427-3200 | Grand Rapids, MI 49501-0352 |
| | (616) 336-6000 |
| | teeagle@varnumlaw.com |
| | kpkonwinski@varnumlaw.com |

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the deadline for disclosure of Defendant's expert witness reports, currently scheduled for August 31, 2020, is extended to September 2, 2020.

Dated: September 1, 2020

/s/ Sally J. Berens_____
SALLY J. BERENS
United States Magistrate Judge