UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

YUSEF LATEEF PHILLIPS,

Plaintiff,

v.

ANDREW HINDS,

Defendant.

CASE NO.  1:19-cv-331-HYJ-SJB

HON. HALA Y. JARBOU
MAGISTRATE: HON. SALLY J. BERENS

| | |
|---|---|
| KENNETH N. FLAXMAN, P.C.<br>Kenneth N. Flaxman<br>Attorneys for Plaintiff<br>200 S. Michigan Ave., Suite 201<br>Chicago, IL 60604-2430<br>(312) 427-3200 | VARNUM LLP<br>Timothy E. Eagle (P38183)<br>Kyle P. Konwinski (P76257)<br>Attorneys for Defendant Andrew Hinds<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>teeagle@varnumlaw.com<br>kpkonwinski@varnumlaw.com |

## ORDER ADJUSTING PRETRIAL SCHEDULE

Based on the parties' stipulation and for good cause shown, the scheduling order is amended as follows:

IT IS SO ORDERED that:

a. Plaintiff may depose any expert witnesses within 60 days after the court rules upon Plaintiff's pending objections.

b. The parties may file dispositive motions within 90 days after the court rules upon Plaintiff's pending objections.

c. Any party may depose Ray Lee within 30 days after the final adjudication of dispositive motions.

IT IS SO ORDERED.

This is not a final order.

Date: November 6, 2020             /s/ Sally J. Berens
                                   HON. SALLY J. BERENS

5