UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

YUSEF LATEEF PHILLIPS,

    Plaintiff,

v.

ANDREW HINDS,

    Defendant.

Hon. Hala Y. Jarbou

Case No. 1:19-cv-00331

## ORDER

I recuse myself under 28 U.S.C. § 455(a) and (b)(1) from further participation in this case due to my personal knowledge of disputed evidentiary facts in this matter. The Clerk of Court shall reassign this case to another magistrate judge in accordance with the approved procedure.

IT IS SO ORDERED.

Dated: June 4, 2021

    /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge