UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

YUSEF LATEEF PHILLIPS,

Plaintiff,

v.

ANDREW HINDS,

Defendant.

CASE NO.  1:19-cv-331-JTN-PJG

HON. HALA Y. JARBOU
MAGISTRATE: HON. PHILLIP J. GREEN

---

| KENNETH N. FLAXMAN, P.C. | VARNUM LLP |
| --- | --- |
| Kenneth N. Flaxman | Timothy E. Eagle (P38183) |
| Attorneys for Plaintiff | Kyle P. Konwinski (P76257) |
| 200 S. Michigan Ave., Suite 201 | Attorneys for Defendant Andrew Hinds |
| Chicago, IL 60604-2430 | P.O. Box 352 |
| (312) 427-3200 | Grand Rapids, MI 49501-0352 |
| | (616) 336-6000 |
| | teeagle@varnumlaw.com |
| | kpkonwinski@varnumlaw.com |

### ORDER EXTENDING DEADLINE TO FILE NOTICE OF APPEAL

Based on the parties' stipulated motion and for good cause shown,

IT IS ORDERED that the deadline to file a Notice of Appeal, currently October 21, 2021, is extended until November 19, 2021.

IT IS SO ORDERED.

Dated: October 19, 2021

\_\_/s/ Phillip J. Green_____
PHILLIP J. GREEN
United States Magistrate Juge

3