**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| YUSEF LATEEF PHILLIPS, | CASE NO.  1:19-cv-331 |
| Plaintiff, | |
| | HON. JANE M. BECKERING |
| v. | |
| | MAGISTRATE: HON. PHILLIP J. GREEN |
| ANDREW HINDS, | |
| | **EXPEDITED CONSIDERATION** |
| Defendant. | **REQUESTED** |

| | |
|---|---|
| Ronnie E. Cromer, Jr. (P59418) | VARNUM LLP |
| The Cromer Law Group, PLLC | Timothy E. Eagle (P38183) |
| Attorneys for Plaintiff | Kyle P. Konwinski (P76257) |
| 24901 Northwestern Highway, Suite 612 | Chloe N. Cunningham (P83904) |
| Southfield, MI  48075 | Attorneys for Defendant Andrew Hinds |
| (248) 809-6790 | Bridgewater Place, P.O. Box 352 |
| rcromerjr@thecromerlawgroup.com | Grand Rapids, MI 49501-0352 |
| | (616) 336-6000 |
| | teeagle@varnumlaw.com |
| | kpkonwinski@varnumlaw.com |
| | cncunningham@varnumlaw.com |

**EXPEDITED CONSIDERATION REQUESTED**

**DEFENDANT'S AMENDED MOTION FOR CONTINUANCE OF FINAL PRETRIAL CONFERENCE AND TRIAL DATES**

Defendant Andrew Hinds, through his attorneys, VARNUM LLP, moves for a six-month continuance of the Final Pretrial Conference and trial dates in this matter.  This Motion is supported by Defendant's brief in support, which is incorporated herein by reference.

Pursuant to Local Rule 7.1(e), Defendant respectfully requests expedited consideration of this Motion.  Trial is currently scheduled to begin in just over two months.  In preparation of trial, the parties need to notify and potentially subpoena witnesses (for which the parties must know the date of trial), prepare exhibits and documents, and block off appropriate dates.  Additionally, many

2

deadlines set forth in the Second Amended Case Management are based off the current trial date, heightening the need for expedited consideration on the present Motion.

WHEREFORE, the Defendant Andrew Hinds respectfully request that the Court grant his Motion for Continuance of Final Pretrial Conference and Trial Dates and reschedule the same to take place in approximately six months from the currently scheduled dates or thereafter.

Respectfully submitted,

VARNUM LLP
Attorneys for Defendant Andrew Hinds

Dated:  January 18, 2023       By:    */s/ Kyle P. Konwinski*
Timothy E. Eagle (P38183)
Kyle P. Konwinski (P76257)
Chloe N. Cunningham (P83904)
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
teeagle@varnumlaw.com
kpkonwinski@varnumlaw.com
cncunningham@varnumlaw.com

20567043.1